IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| JOE HAND PROMOTIONS, INC.,<br>    Plaintiff,<br><br>v.<br><br>TEQUILA TOWN MARISQUERIA Y COMIDA MEXICANA, INC. and EDDY HERIBERTO NAVARRO,<br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) | No. 2:24-cv-2659-SHL-atc |

**ORDER DIRECTING CLERK TO ENTER DEFAULT AS TO TEQUILA TOWN MARISQUERIA Y COMIDA MEXICANA, INC. AND EDDY HERIBERTO NAVARRO**

Before the Court is Plaintiff Joe Hand Promotions, Inc.'s Complaint, filed September 17, 2024. (ECF No. 1.) Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), a responsive pleading must be filed within twenty-one days of service. Defendants Tequila Town Marisqueria Y Comida Mexicana, Inc. and Eddy Heriberto Navarro were served on October 1, 2024 (ECF No. 10), thus their responsive pleading was due on or before October 22, 2024.

On November 15, 2024, the Court ordered Defendants to show cause as to why an entry of default should not be entered against them for failure to timely respond. Defendants were given twenty-one (21) days or until December 6, 2024 to respond. (ECF No. 11.) Defendants did not respond to that Order. On December 30, 2024, the Court again ordered Defendants to show cause by January 14, 2025, as to why they failed to comply with the Court's instruction. (ECF No. 12.) The Court stated that failure to timely respond to the Order would result in the entry of default. (Id.) That deadline has come and gone, and the Court has received no response from Defendants.

Therefore, pursuant to Federal Rule of Civil Procedure 55(a), the Court hereby **DIRECTS** the Clerk to enter default against Defendants Tequila Town Marisqueria Y Comida Mexicana, Inc. and Eddy Heriberto Navarro. In addition, the Court instructs Plaintiff to file a Motion for Default

Judgment pursuant to Rule 55(b), along with the appropriate affidavits, by no later than **February 24, 2025**, if it intends to do so.

The Court further **DIRECTS** the Clerk to mail this Order to Defendants at the address at which they were served (see ECF No. 10 at PageID 23):

**Tequila Town Marisqueria Y Comida Mexicana, Inc.**
**Eddy Heriberto Navarro**
2845 Stage Coach Drive
Memphis, Tennessee 38134-4438

**IT IS SO ORDERED**, this 23rd day of January, 2025.

    s/ Sheryl H. Lipman
    SHERYL H. LIPMAN
    CHIEF UNITED STATES DISTRICT JUDGE