**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC.,<br>Plaintiff,<br>v.<br>CHRISTOPHER ALLEN d/b/a/<br>BACKWOODS RESTAURANT,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:24-cv-02637-SHL-cgc |

**ORDER SUPPLEMENTING ORDER FOR DEFAULT JUDGMENT**

Before the Court is Plaintiff Joe Hand Promotions, Inc.'s ("Joe Hand") Motion for Default Judgment. (ECF No. 13.) In a prior Order, the Motion was granted in part, and default judgment was entered against Defendant Christopher Allen d/b/a/ Backwoods Restaurant ("Backwoods") in the amount of $4,335. (ECF No. 17 at PageID 70.) That Order addressed Joe Hand's request for attorneys' fees and costs. It noted that 47 U.S.C. § 605—the statute under which Joe Hand was awarded default judgment—permits an award of attorneys' fees and costs to aggrieved parties, but determined that Joe Hand had not submitted the necessary documents to enable such an award. (Id. at PageID 77 (citing 47 U.S.C. § 605(e)(3)(B)(iii)).) Joe Hand was given 21 days to submit appropriate documentation.

Within that timeframe, Joe Hand filed a bill of costs, reflecting $789.41 in court costs associated with the instant case. (ECF No. 18.) Of that amount, $405.00 represents a filing fee and $384.41 represents fees for service of summons and subpoena. (Id. at PageID 79.) Joe Hand did not file documentation related to its previous request for attorneys' fees, so that portion of the previous order remains unchanged. However, in addition to the $4,335 previously awarded to

Joe Hand, it is entitled to court costs. Therefore, $789.41 is added to the damages previously awarded.

**IT IS SO ORDERED,** this 16th day of November, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE